IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JULIO ROJAS | § | |
| Plaintiff | § | |
| v. | § | Case No. 5:20cv96 |
| OFFICER JACKSON, ET AL. | § | |
| Defendants | § | |

## ORDER OF DISMISSAL

Plaintiff Julio Rojas, proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged violations of his constitutional rights. The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

Plaintiff has asked for dismissal of his lawsuit, and the Magistrate Judge issued a Report recommending this request be granted. The Plaintiff received a copy of this Report on August 2, 2021, but no objections have been received. It is accordingly

**ORDERED** that the Report of the Magistrate Judge (Docket No. 19) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** on the Plaintiff's motion. It is further

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**SIGNED** this 7th day of September, 2021.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE